**Motion Granted and Order filed November 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00979-CV

_____

## IN RE RH WHITE OAK, LLC, BRIAN HARDY, COLIN ZAK, ENTEX PARTNERS, LTD., AND ENTEX MANAGEMENT SERVICES, LLC, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
125th District Court
Harris County, Texas
Trial Court Cause No. 2010-81470**

## O R D E R

On October 31, 2013, relators, RH White Oak, LLC, Brian Hardy, Colin Zak, Entex Partners, Ltd., and Entex Management Services, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relators ask this court to order the Honorable Kyle Carter, Judge of the 125th District Court, in Harris County, Texas, to set aside his order dated October 25, 2013 granting sanctions for discovery abuse, entered in trial court cause number 2010-81470, styled *Lone Star Bank v. RH White Oak, LLC, et al.* Relators claim respondent abused his discretion

by imposing sanctions against them.

Relators have also filed a motion for a temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On October 31, 2013, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the commencement of trial on November 5, 2013, at 9:00 a.m., and the enforcement of the October 25, 2013 order granting sanctions for discovery abuse in trial court cause number 2010-81470, styled *Lone Star Bank v. RH White Oak, LLC, et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties in interest, to file a response to the petition for writ of mandamus on or before **November 19, 2013.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.